IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02cr151 - 1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ZAKELIA RASHON BLAKELY (1) | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT ON the Motion to Amend/Correct Supervised Release Term [doc. 75]. It appears to the Court that a response was due by November 24, 2014, and that no such response has been made.

IT IS, THEREFORE, ORDERED that the government file a response by **June 22, 2015.**

IT IS SO ORDERED.

Signed: June 8, 2015

Graham C. Mullen
United States District Judge